**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LONNIE MASSEY**                                                         **PETITIONER**

**vs.**                            **CIVIL ACTION NO.: 3:14-CV-582-HTW-LRA**

**JOHNNIE DENMARK**                                      **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND DISMISSING CASE**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 19]**. The Petitioner filed his objections [Docket no. 20]. The Respondent filed a response in support of the Report and Recommendation [Docket no. 21]. This court, having reviewed the Report and Recommendation, the Petitioner's objections, and the Respondent's response, finds the Report and Recommendation is well taken.

Therefore, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 19]** as the order of this court.

Further, this court is persuaded by the Report and Recommendation of United States Magistrate Judge Linda Anderson **[Docket no. 19]** that this case is due to be dismissed. Therefore, this court hereby DISMISSES this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 25th day of February, 2017.**

                                                      **s/ HENRY T. WINGATE**
                                                      **UNITED STATES DISTRICT COURT JUDGE**